# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-four,

| | |
|---|---|
| Inderjeet Singh, | **ORDER** |
|       Petitioner, | Docket No. 24-267 |
| v. | |
| Merrick B. Garland, United States Attorney General, | |
|       Respondent. | |

      Counsel for PETITIONER Inderjeet Singh has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 14, 2024, as the brief filing date.

      It is HEREBY ORDERED that Petitioner's brief must be filed on or before June 14, 2024. The appeal is dismissed effective June 14, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/02/2024